UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| AMERICAN SCIENTIFIC MED, LLC | CASE NO. 6:20-CV-01538 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| MAYMACS, INC. | MAG. JUDGE PATRICK J. HANNA |

## JUDGMENT

Before this Court is a motion to sever and to transfer (Rec. Doc. 26) filed by third-party defendant VWR, International, LLC ("VWR"). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, including the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to sever and to transfer filed by VWR (Rec. Doc. 26) is GRANTED and, accordingly, all claims by defendant Maymacs against third-party defendant VWR are hereby severed from this suit and shall constitute a separate suit to be transferred to the U.S. District Court for the Eastern District of Pennsylvania for all further proceedings.

Signed at Lafayette, Louisiana, this 12th day of October, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE